IDA A. GIBBONS, as Administratrix, etc., Respondent, v. SAKS & COM
PANY, Appellant.— Judgment and order reversed and new trial ordered,
with costs to appellant to abide event, unless plaintiff stipulates to reduce
verdict to $10,000; in which event, judgment as so modified and order
affirmed, without costs.    No opinion.    Order to be settled on notice.
Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

BERTHA GERARD, as Administratrix, etc., Respondent, v. McMULLEN,
SNARE & TRIEST, INC., Appellant.— Judgment and order affirmed, with
costs.    No opinion.    Present — Clarke, P. J., McLaughlin, Scott, Smith
and Page, JJ.

FRITZ FISCHERAUER, as Administrator, etc., Appellant, v. THE CITY
OF NEW YORK, Respondent.— Judgment reversed, new trial ordered,
costs to appellant to abide event, on the ground that there was a question
of fact for submission to the jury.    Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.; Scott, J., dissented.

JOHANNA FEINBERG, Appellant, v. FRANCIS L. TOOLEY and Others,
Respondents.— Judgment and order affirmed, with costs.    No opinion.
Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

HENRY GRIEME, on Behalf of Himself and All Other Stockholders of
the GROVE HILL REALTY COMPANY, Appellant, v. GROVE HILL REALTY
COMPANY and Another, Respondents.— Order reversed and judgment
modified by striking out the provision for an extra allowance, and as so
modified affirmed, with ten dollars costs and disbursements to appellant.
No opinion.    Order to be settled on notice.    Present — Clarke, P. J.,
Scott, Dowling, Smith and Page, JJ.

CLARENCE PERINE, Respondent, v. VITO SILVESTER, Appellant,
Impleaded with Another.— Judgment affirmed, with costs.    No opinion.
Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the
Estate of EDWIN NORTON, Deceased.    LUCY E. NORTON, as Executrix,
etc., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK,
Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

BABETTA WACHSMAN and Another, Respondents, v. TRAVELERS'
INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke,
P. J., Scott, Dowling, Smith and Page, JJ.

TONY CATANZARO, an Infant, etc., Respondent, v. NEW YORK RAIL
WAYS COMPANY, Appellant.— Judgment and order affirmed, with costs.
No opinion.    Present — Clarke, P. J., Scott, Dowling, Smith and
Page, JJ.

JOHN CATANZARO, Respondent, v. NEW YORK RAILWAYS COMPANY,
Appellant.— Judgment and order affirmed, with costs. · No opinion.
Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.